Appeal Form No. 2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>GABRIELLE AN SODERGREN | Chapter 13<br><br>Case No. 2:16-BK-12689-SHG<br><br>Adv. No. 2:17-AP-00267-SHG |
| Debtor(s) | |
| DANIEL RYCHLIK | |
| Appellant(s) | |
| v.<br>GABRIELLE ANN SODERGREN | **TRANSMITTAL OF APPEAL TO DISTRICT COURT** |
| Appellee(s) | |

TO:    BRIAN D. KARTH
         CLERK, U.S. DISTRICT COURT
         FOR THE DISTRICT OF ARIZONA

Transmitted herewith is:

    A Notice of Appeal filed on 06/20/2018 , a copy of the order of judgment appealed, and the election of appellant to have appeal transferred to the District Court pursuant to 28 U.S.C. Section 158(c)(1).

    The Notice of Appeal Filing Fee [✓] has been paid, [ ] has not been paid, or [ ] waived by order pursuant to 28 USC 1930(f).

Dated: June 21, 2018

                                        GEORGE PRENTICE, CLERK OF COURT
                                        U.S. BANKRUPTCY COURT

                                        By: _Shawn M Jones_____
                                                    Deputy Clerk

Copies to be mailed to attorneys for interested parties and pro se parties to the appeal by the BNC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>GABRIELLE AN SODERGREN | Chapter 13<br><br>Case No. 2:16-BK-12689-SHG<br><br>Adv. No. 2:17-AP-00267-SHG |
| Debtor(s) | |
| DANIEL RYCHLIK | |
| Appellant(s) | |
| GABRIELLE ANN SODERGREN | **NOTICE OF FILING OF APPEAL<br>AND NOTICE OF REFERRAL OF<br>APPEAL TO THE DISTRICT COURT** |
| Appellee(s) | |

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed on 06/20/2018 with the Clerk of the U.S. Bankruptcy Court. The appellant has filed an election to have the appeal transferred to the District Court. Pursuant to 28 USC Section 158(c), the Appeal is referred to the District Court.

NOTICE IS GIVEN TO THE APPELLANT that the appellant shall, within 14 days of the filing of the Notice of Appeal[1], file with the Clerk of the U.S. Bankruptcy Court, 230 N. 1st Ave, #101, Phoenix, Arizona, 85003 the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;
2. A statement of the issues to be presented and serve a copy upon the appellee; and
3. A request for any transcripts where the designation includes a transcript of any proceeding or a part thereof. The party requesting transcripts must follow the court's ordering procedures.

Dated: June 21, 2018

GEORGE PRENTICE, CLERK OF COURT

By: _____Shawn M Jones_____
Deputy Clerk

Copies to be mailed to attorneys for parties and pro se parties to the appeal by the BNC

---

[1] FRBP 8006 provides that if a motion for leave to appeal was filed or timely motions under FRBP 8002(b), then the below listed items are due 14 days after filing the notice of appeal, entry of an order granting leave, or entry of an order disposing of FRBP 8002(b) motions, whichever is later.

# United States Bankruptcy Court
# District of Arizona

### APPEALS - ORDERING AN OFFICIAL TRANSCRIPT

If you have filed an appeal and designated a transcript of a hearing as part of the record on appeal, you will need to follow the steps below to obtain an official transcript:

1. Determine the date of the hearing.

2. Determine whether you need a transcript.

3. Determine if the transcript is already on file by reviewing the case docket or you may call the court for assistance.

4. Ordering a transcript requires an advanced deposit. The deposit and price for the transcript will vary as it depends upon the estimated length of the hearing and turn-around time requested.

5. To order a transcript, please contact the ECR Operator Team who will advise you of the procedures for ordering a transcript and for making payment.

6.  The court uses an independent transcription company to prepare official transcripts.

7.  At the time the transcription company provides you with a transcript, a copy is filed with the court; therefore, it is not necessary for you to file a copy.

8.  Reminder:  If you have designated a transcript of a Court proceeding in your Appeal documents, **it is your responsibility to order it** from the Bankruptcy Court ECR Operator Team. The order should be placed at the time you file the Statement of Issues and Designation of Record.

Contact Information:

| | |
|---|---|
| ECR Operator Team – Phoenix, Prescott, Flagstaff, Bullhead City | 602-682-4200 |
| ECR Operator Team – Tucson | 520-202-7556 |
| ECR Operator Team – Yuma | 602-682-4961 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

## NOTICE TO PARTIES TO APPEAL TO DISTRICT COURT

Procedure when an appeal is transmitted to District Court:

1. Upon receipt of an appeal from the Clerk of the Bankruptcy Court or from the Clerk of the Bankruptcy Appellate Panel, the appeal is assigned a civil case number in the District Court. The District Court then sends a "Notice of Receipt of Appeal" to the parties to the appeal advising them of the civil case number assigned in the District Court.

2. The bankruptcy appeal in the District Court is governed by the District Court Local Rules of Bankruptcy Appeal Procedure. Please refer to these rules.

3. When the statement of issues, designation of record and any designated transcripts are filed with the Bankruptcy Court, the Bankruptcy Court Clerk will transmit to the District Court a certificate that the record is complete. The date of transmittal to the District Court constitutes the date of the entry of the appeal on the docket in District Court.

4. The record is retained in the Bankruptcy Court. Copies of the record are no longer required to be filed with the District Court. Instead, the parties include copies from the record in their Excerpts of Record filed as appendix to their briefs.

**KATZ & BLOOM**, P.L.C.
COUNSELORS AT LAW
340 East Palm Lane, Suite A-260
Phoenix, Arizona 85004
www.KatzAndBloom.com
Tel: (602) 266-1900
Fax: (602) 266-4243

JAY R. BLOOM, #16380
Jay@KatzAndBloom.Com
Attorney for Creditor Dr. Daniel Rychlik

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| GABRIELLE ANN SODERGREN, | Case No.:   2:16-bk-12689-SHG |
| Debtor. | Adv. Pro.:   2:17-ap-00267-SHG |
| GABRIELLE ANN SODERGREN, | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |
| Plaintiff/Counter-Defendant, | |
| vs. | |
| DANIEL RYCHLIK, | |
| Defendant/Counterclaimant. | |

Defendant/Counterclaimant, Daniel Rychlik, ("Rychlik"), by and through his undersigned counsel, appeals from the "Judgment Granting Plaintiff/Counter-Defendant's Motion for Summary Judgment and Denying Defendant/Counterclaimant's Motion for Summary Judgment," entered June 10, 2018.

Pursuant to 28 U.S.C. § 158(c)(1), Rychlik elects to have the appeal heard by the United States District Court.

///

///

DATED: June 20, 2018.

        KATZ & BLOOM, P.L.C.

        ***/s/ Jay R. Bloom***
        Jay R. Bloom
        Attorney for Defendant/Counterclaimant
        Creditor, Daniel Rychlik

I certify that the foregoing was submitted on June 20, 2018, in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the ECF registrants appearing in this case, and be email to:

Russell Brown
service@ch13bk.com
jmorales@ch13bk.com
Chapter 13 Trustee

Kyle A. Kinney
Kyle@turnaroundteam.com
Attorney for Debtor

*By /s/ D. Jablin*

THIS ORDER IS APPROVED.

Dated: June 8, 2018

_____
Scott H. Gan, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Gabrielle Ann Sodergren,<br>　　　Debtor. | Chapter 13<br>Case No.:   2:16-bk-12689-SHG<br>Adv. Pro.:  2:17-ap-00267-SHG |
| Gabrielle Ann Sodergren,<br>　　　Plaintiff/Counter-defendant,<br>　　vs.<br>Daniel Rychlik,<br>　　　Defendant/Counterclaimant. | **JUDGMENT GRANTING PLAINTIFF/COUNTER-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**AND**<br><br>**DENYING DEFENDANT/COUNTERCLAIMANT'S MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Plaintiff/Counter-Defendant Gabrielle Ann Sodergren's ("Sodergren") Motion for Summary Judgment (Docket Entry Nos. 27, 27-1 & 27-2), Defendant/Counterclaimant Daniel Rychlik's ("Rychlik") Opposition thereto and Countermotion for Summary Judgment (Docket Entry No. 28 and 28-1), Sodergren's Reply in Support of Summary Judgment and in Opposition to Rychlik's Countermotion for Summary Judgment, and the May 10, 2018 oral argument relating thereto,

IT IS HEREBY ORDERED that, Sodergren's Motion for Summary Judgment is GRANTED in its entirety; specifically that the December 18, 2015 Award of attorney fees and costs issued against Sodergren and in favor of Rychlik, in the Maricopa County Superior Court, at case number FC 2011-090965 at issue in this case ("Rychlik Award"), is

1  not a "domestic support obligation" as the term is defined in 11 U.S.C. § 101(14A); and, the
2  Rychlik Award is subject to discharge pursuant to 11 U.S.C. § 1328(a);
3       IT IS FURTHER ORDERED that, Rychlik's Countermotion for Summary Judgment
4  is DENIED in its entirety.
5                      SIGNED AND DATED ABOVE